**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
PORTLAND
RECEIVED & FILED
2019 JAN 25 P 1:48
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

COLIN HARLE

Docket No. 2:19CR16-DBH

# INDICTMENT

The Grand Jury Charges:

## COUNT 1
**(Possession with Intent to Distribute Alprazolam)**

On about August 27, 2018, within the District of Maine, defendant

**COLIN HARLE**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing alprazolam, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(2) apply to the conduct described herein.

## COUNT 2
**(Holding for Sale a Counterfeit Drug)**

On about August 27, 2018, within the District of Maine, defendant

**COLIN HARLE**

knowingly held for sale a counterfeit drug, in violation of Title 21, United States Code, Section 331(i)(3).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 333(b)(8) apply to the conduct described herein.

## FORFEITURE ALLEGATION #1

As a result of committing the controlled substance offenses alleged in Counts 1 and 2 of this Indictment, defendant

## COLIN HARLE

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds said Defendant obtained directly or indirectly as a result of the violations alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations, including but not limited to the following:

- A 2011 Audi S4 assigned VIN number WAUBGAFL3BA167250.

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Federal Rule of Criminal Procedure 32.2.

Date: 1\25\19

A TRUE BILL,
Signature redacted – original on file with Clerk's office

Grand Jury Foreperson

Assistant United States Attorney

2