UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

COLIN HARLE

Docket No. 2:19-cr-16-DBH

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### COUNT 1
### (Possession with Intent to Distribute Alprazolam)

On about August 27, 2018, in South Portland, Maine, within the District of Maine, defendant

### COLIN HARLE

knowingly and intentionally possessed with intent to distribute a mixture or substance containing alprazolam, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(2) apply to the conduct described herein.

### COUNT 2
### (Holding for Sale a Counterfeit Drug)

On about August 27, 2018, in South Portland, Maine, within the District of Maine, defendant

### COLIN HARLE

knowingly held for sale a counterfeit drug, in violation of Title 21, United States Code, Section 331(i)(3).

1

It is further alleged that the penalty provisions of Title 21, United States Code, Section 333(b)(8) apply to the conduct described herein.

## COUNT 3
### (Possession with Intent to Distribute Alprazolam)

On about August 27, 2018, in Westbrook, Maine, within the District of Maine, defendant

### COLIN HARLE

knowingly and intentionally possessed with intent to distribute a mixture or substance containing alprazolam, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(2) apply to the conduct described herein.

## COUNT 4
### (Holding for Sale a Counterfeit Drug)

On about August 27, 2018, in Westbrook, Maine, within the District of Maine, defendant

### COLIN HARLE

knowingly held for sale a counterfeit drug, in violation of Title 21, United States Code, Section 331(i)(3).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 333(b)(8) apply to the conduct described herein.

## COUNT 5
### (Possession of a Firearm in Furtherance of Drug Trafficking)

On about August 27, 2018, in Portland, Maine, within the District of Maine, defendant

### COLIN HARLE

knowingly and intentionally possessed a Hi-Point Model C9, 9mm pistol, bearing serial number P1907044, in furtherance of a drug trafficking crime for which he may be prosecuted in a court

2

of the United States, namely the offenses described in Counts 3 and 4 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION #1

As a result of committing the controlled substance offenses alleged in Counts 1 through 4 of this Superseding Indictment, defendant

### COLIN HARLE

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds said Defendant obtained directly or indirectly as a result of the violations alleged in this Superseding Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations, including but not limited to the following:

- A 2011 Audi S4 assigned VIN number WAUBGAFL3BA167250;
- $5,040 in United States Currency.

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Federal Rule of Criminal Procedure 32.2.

## FORFEITURE ALLEGATION #2

Upon conviction of the offense alleged in Count 5 of this Superseding Indictment, defendant

**COLIN HARLE**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in the commission of the offense, including but not limited to a Hi-Point Model C9, 9mm pistol, bearing serial number P1907044.

A TRUE BILL,

Signature redacted – original on file with Clerk's office

Grand Jury Foreperson

_____
Assistant United States Attorney
Date: 3/15/19